THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Andrey Kim

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-0031-MCE |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| vs. | |
| ANDREY KIM, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for March 15, 2012, at 9:00 a.m. is continued to May 17, 2012, at 9:00 a.m. in the same courtroom. R. Steven Lapham, Assistant United States Attorney, and Thomas A. Johnson, attorney for Andrey Kim, are requesting such continuance in order to continue review of discovery and for preparation of counsel. All parties stipulate and agree that the ends of justice are served by this continuance outweigh the best interest of the public and Defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

It is further stipulated that the period from the date of this stipulation through and including May 17, 2012, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time for preparation of counsel). The ends of justice served by the continuance outweigh the best interest in the public and the Defendants in a speedy trial.

1

**IT IS SO STIPULATED.**

DATED: March 14, 2012    By:  /s/ Thomas A. Johnson
                              THOMAS A. JOHNSON
                              Attorney for Defendant
                              ANDREY KIM

DATED: March 14, 2012         BENJAMIN WAGNER
                              United States Attorney

                         By:  /s/ Thomas A. Johnson for
                              R. STEVEN LAPHAM
                              Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.**

March 16, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE